IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RYAN O'MALLEY,

    Plaintiff,

v.

BOROUGH OF AVOCA, and EDWARD
LUKOWICH, in his individual capacity,

    Defendant.

CIVIL ACTION NO. 3:CV-08-0680

(JUDGE CAPUTO)

## ORDER

NOW, this 27th day of May, 2009, counsel having reported to the Court that the above case has been settled, **IT IS HEREBY ORDERED** that this case is dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reinstate the action within seventy-five (75) days of the date of this Order if settlement is not consummated.

A. Richard Caputo
United States District Judge